UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN SERRANO REYES,<br><br>           Plaintiff,<br><br>   v.<br><br>HUI, et al.,<br><br>           Defendants. | No.  2:15-cv-1852 CKD P<br><br><br><br>ORDER |

On March 4, 2016, the court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants Ane, Clark and Kowalczyk.  That thirty day period has passed, and plaintiff has not responded to the court's order.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall comply with the court's March 4, 2016 order by submitting the documents described therein within 21 days. Failure to submit the required documents within 21 days will result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: April 29, 2016

                                                                 CAROLYN K. DELANEY<br>                                                                 UNITED STATES MAGISTRATE JUDGE

1
reye1852.fusm