UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN SERRANO REYES,<br><br>        Plaintiff,<br><br>   v.<br><br>HUI, et al.,<br><br>        Defendants. | No.  2:15-cv-1852 CKD P<br><br><br>ORDER |

On March 4, 2016, the court ordered plaintiff to complete and return to the court the USM-285 forms necessary to effect service on defendants Kowalczyk, Clark and Ane.  The deadline for submitting the documents to the court has expired, and plaintiff has not submitted the documents.  Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

Dated:  June 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
reye1852.fusm(2)